IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Leslie Crim,                                :
                                            :
       Plaintiff(s),                        :
                                            :    Case Number: 1:11cv137
   vs.                                      :
                                            :    Chief Judge Susan J. Dlott
Commissioner of Social Security,            :
                                            :
       Defendant(s).                        :

ORDER

      The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 9, 2012 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 26, 2012, hereby ADOPTS said Report and Recommendation.

      Accordingly, the decision of the Commissioner to deny Mr. Saylor Disability Insurance Benefits is **REVERSED** and this matter is **REMANDED** under sentence four of 42 U.S.C. §405(g) or for a proper determination of Mr. Saylor's disability onset date and immediate award of benefits.

      This cases is hereby **TERMINATED** from the docket of this Court.

      IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Chief Judge Susan J. Dlott
                                              United States District Court