IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Leslie Crim, :
:
      Plaintiff(s), :
: Case Number: 1:11cv137
vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
      Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 14, 2013 a Report and Recommendation (Doc. 26). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 28).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion seeking a fee award under the Equal Access to Justice Act (Doc. 20) is **GRANTED** in part that plaintiff will be awarded the sum of $6960.00 representing an attorney fee award that reflects a reasonable number of hours (40) and an hourly rate ($174.00) that is supported by the record.

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Chief Judge Susan J. Dlott
    United States District Court